**ROXANA SANDOVAL**
California State Bar No. 292327
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Roxana_Sandoval@fd.org

Attorneys for Mr. Sanchez-Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21-CR-2351-TWR |
|---|---|
| Plaintiff, | Hon. Todd W. Robinson |
| v. | Courtroom: 3A |
|  | Date: September 24, 2021 |
| ISAAC SANCHEZ-RODRIGUEZ, | Time: 1:30 p.m. |
| Defendant. | MR. SANCHEZ-RODRIGUEZ'S SENTENCING SUMMARY CHART |

Defendant, Isaac Sanchez-Rodriguez through counsel, Roxana Sandoval and Federal Defenders of San Diego, Inc., hereby files the following Sentencing Summary Chart.

Respectfully submitted,

Dated: September 21, 2021     *s/ Roxana Sandoval*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Sanchez-Rodriguez
Email: Roxana_Sandoval@fd.org

## SENTENCING SUMMARY CHART

USPO: 
AUSA: 
DEF: X

| | |
|---|---|
| Defendant's Name: Isaac Sanchez-Rodriguez | Docket No. 21-CR-2351 |
| Attorney's Name: Roxana Sandoval, FDSDI | Phone No.: 619-234-8467 |
| Guideline Manual Used: Nov. 2018 | Agree with USPO Calc.: N/A |

Base Offense Level: (U.S.S.G. § 2L1.2) (Drug Quantity, if Applicable) ........ 8

Specific Offense Characteristics:

Adjustments:

Adjusted Offense Level: 8
  ☐ Combined (Mult. Counts)  ☐ Career Offender  ☐ Armed Career Criminal

Adjustment for Acceptance of Responsibility: -2

Total Offense Level: 6

Criminal History Score: 1

Criminal History Category: I
  ☐ Career Offender  ☐ Armed Career Criminal

Guideline Range:
  (Range limited by: ☐ Minimum Mandatory  ☐ Statutory Maximum)    *from:* 0

Departures:    *to:* 6

Adjusted Offense Level:

Resulting Guideline Range:   *from:* 0
                             *to:* 6

**Recommendation:**
  Joint recommendation of 120 days in custody.